**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00242-CV**

_____

**IN THE INTEREST OF E.D., M.S., M.S., R.S., and R.C.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-221,760**

**MEMORANDUM OPINION**

K.S. appeals from an order terminating her parental rights to her minor children, E.D., M.S., M.S., R.S., and R.C.[1] After a bench trial, the trial court found, by clear and convincing evidence, that statutory grounds existed for the termination of K.S.'s parental rights and that termination of her rights would be in the best interest of the children. *See* Tex. Fam. Code Ann. § 161.001(1)(D), (E), (N), (O), (P), (R), (2) (West 2014).

---

[1] The trial court also terminated the parental rights of the children's respective alleged fathers, but the fathers did not appeal the trial court's judgment and are not parties to this appeal.

1

K.S.'s court-appointed appellate counsel submitted a brief in which counsel contends there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In re L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.). The brief provides counsel's professional evaluation of the record. Counsel certified that counsel served K.S. with a copy of the *Anders* brief filed on her behalf. This Court notified K.S. of her right to file a pro se response, as well as the deadline for doing so. This Court did not receive a pro se response.

We have independently reviewed the appellate record and counsel's brief, and we agree that any appeal would be frivolous. We find no arguable error requiring us to order appointment of new counsel to re-brief this appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's order terminating K.S.'s parental rights, and we grant counsel's motion to withdraw.[2]

---

[2] In connection with withdrawing from the case, counsel shall inform K.S. of the outcome of this appeal and inform her that she has the right to file a petition for review with the Texas Supreme Court. *See* Tex. R. App. P. 53; *In re K.D.*, 127 S.W.3d 66, 68 n. 3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on October 9, 2015
Opinion Delivered October 29, 2015

Before Kreger, Horton, and Johnson, JJ.